No. 675.   POLIZIO v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.   *Edward H. Levine* for petitioner.   *Howard R. Lonergan* for respondent.

No. 703.   STINNETT v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.   *George E. Allen* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney* and *Ellis N. Slack* for the United States.

No. 779.   PATERNO ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Anthony A. Calandra* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 781.   DUNCAN, TRANSFEREE, v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied. *J. B. Lewright* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Irving I. Axelrad* for respondent.

No. 784.   CAMPBELL v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *Benj. B. Taylor, C. V. Porter, L. W. Brooks* and *Benj. B. Taylor, Jr.* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

